# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| American Guardian Warranty Services, Inc et al | ) ) ) | Case No: 16 C 11407 |
| v. | ) ) | Judge: Harry D. Leinenweber |
| Automobile Protection Corporation, Inc. | ) ) | |

## ORDER

Defendant's motion to seal [217 ] is granted. The clerk is directed to seal attachment #1 to docket entry #213. Defendant shall re-file attachment #1, exhibit A only. No appearance is needed on 3/3/20.

Date:  2/26/20                                                                                        /s/ Judge Harry D. Leinenweber